The People of the State of Illinois ex rel. Oscar Nelson v. West Town State Bank, on appeal of Otto H. Berz, appellant. Thomas B. Roberts, receiver, appellee. Gen. No. 36,814.

Opinion filed May 2, 1934.

Welch & Hoffman, for appellant. Urion, Drucker, Bishop & Boutell, for appellee; Lewis D. Wilson, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

In re Estate of Thomas Crutcher, deceased, John Crutcher, appellant, v. Straus National Bank and Trust Company of Chicago, administrator of the estate of Thomas Crutcher, deceased, appellee. Gen. No. 36,823.

 Opinion filed May 2, 1934.

George S. Barnes and B. G. Clanton, for appellant. Ratner, Chapman & Ratner, for certain appellee. Lee Cohn, for certain other appellee; William B. Ratner, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Oliver A. Bestel, appellant, v. H. H. Brigham et al., defendants. Mead F. Russell and May E. H. Russell, his wife, appellees. Gen. No. 37,001.

Opinion filed May 2, 1934.

Tatge & Tatge, for appellant; Robert F. Kolb, of counsel. No appearance for appellees.

Mr. Justice Hebel delivered the opinion of the court.